# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHERI L. HETRICK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:05CV3098 |
| | ) | |
| v. | ) | |
| | ) | |
| **GRAND ISLAND VETERANS** | ) | **ORDER** |
| **HOME and STATE OF NEBRASKA** | ) | |
| **DEPARTMENT OF VETERANS** | ) | |
| **AFFAIRS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on defendants' MOTION FOR STAY OF DISCOVERY PROCEEDINGS (#10). The basis for the motion is that the defendants have filed a Motion to Dismiss (#9), alleging that the plaintiff's claims against them are barred by the Eleventh Amendment immunity of the State, which involves the Court's subject matter jurisdiction. The court has not received any response in opposition to the Motion for Stay. For good cause shown,

**IT IS ORDERED** that defendants' MOTION FOR STAY OF DISCOVERY PROCEEDINGS (#10) is granted. All discovery, including the parties' obligation to provide initial disclosures and meet pursuant to Fed. R. Civ. P. 26(f) is stayed pending Judge Smith Camp's ruling on the Motion to Dismiss (#9).

**DATED July 15, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**